THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Arthur Brown, Jr.,       
Appellant.
 
 
 

Appeal From Spartanburg County
Donald W. Beatty, Circuit Court Judge

Unpublished Opinion No. 2003-UP-516
Submitted May 30, 2003  Filed August 
 27, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  James Arthur Brown, Jr. was convicted of murder.  He was 
 sentenced to life imprisonment.  Browns appellate counsel filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted 
 a petition to be relieved from representation, asserting there are no directly 
 appealable issues of arguable merit.  Brown filed a pro se response 
 with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.